JUSTICE
 

 WECHT
 
 , Dissenting.
 

 The instant Petition for Allowance of Appeal raises legal issues that implicate the decision that the Supreme Court of the United States issued in
 
 Birchfield v. North
 

 Dakota,
 
 ___ U.S. ___,
 
 136 S.Ct. 2160
 
 ,
 
 195 L.Ed.2d 560
 
 (2016). Because this Court has not yet addressed the impact of
 
 Birchfield
 
 upon the law of this Commonwealth, we have no binding precedent against which to test the merits of these issues, or by which to evaluate lower courts' analyses of the legal questions that arise in the wake of
 
 Birchfield.
 

 Currently pending before this Court are several cases that necessitate our consideration of
 
 Birchfield.
 
 The legal landscape following
 
 Birchfield
 
 remains substantively unsettled, nearly any claim that implicates that decision consequently remains at least potentially viable, and this Court has elected to consider several legal issues emanating from the
 
 Birchfield
 
 decision. Under these circumstances, I would not deny
 
 allocatur
 
 in this case or any other that depends in whole or in part upon an analysis of
 
 Birchfield.
 
 We are ill-advised conclusively to foreclose the possibility of further review until such time as this Court can provide a clear, definitive, and precedential articulation of what
 
 Birchfield
 
 means for Pennsylvania law.
 

 I respectfully dissent from the Court's denial of
 
 allocatur,
 
 as I would hold this petition in abeyance pending further developments.